MARY ELLEN GUINAN *v.* DIRECT MARKETING
ASSOCIATION, INC., ET AL.
(8518)

DALY, O'CONNELL and LAVERY, Js.

Argued September 19—decision released September 27, 1990

*Bruce L. Levin,* with whom, on the brief, was *Serge G. Mihaly,* for the appellants (defendants).

*Robert P. Wenten,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.